

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

November 20, 2019

**BY EMAIL**

The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

*19 CR 815*

Re: *United States v. Jessica Guzman*, 18 Cr. ___ (PKC)

Dear Judge Castel:

The defendant in the above-referenced case was sentenced on November 14, 2019. The Clerk's Office has informed the Government that the criminal information in this case contains a typographical error. Specifically, the criminal information charges the defendant with participating in a conspiracy to distribute and possess with intent to distribute controlled substances, in violation of Title 21, United States Code, Section 846. However, the criminal information incorrectly cites to Title 21, United States Code, Sections 812 and 841. As a result, the Clerk's Office has not yet filed any of the documents in this case. The Government has discussed this issue with defense counsel, who has consented to the filing of the information and entry of the judgment, despite the typographical error. As a result, the Government respectfully requests that the Court enter an order directing the Clerk's Office to proceed with docketing the relevant documents in this case.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: /s/ Andrew K. Chan
Andrew K. Chan
Assistant United States Attorneys
(212) 637-1072

*UNDER SEAL*

cc: Aaron Goldsmith, Esq. (via email)

Application Granted.

So Ordered: _____
Hon. P. Kevin Castel, U.S.D.J.
11-20-19